# Court of Appeals
# of the State of Georgia

ATLANTA, October 24, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0131.  IN RE: ESTATE OF JIMMY DARRYL BANKS.**

Jimmy Banks, Jr., filed this discretionary application from the Meriwether County Probate Court's "Order Denying Notice of Appeal and Prohibiting Jimmy Banks Jr. From Filing Any Further Frivolous Appeals or Pleadings."  We lack jurisdiction.

As we have already informed Banks twice,[1] he has no right of appeal to this Court from an order of the Meriwether County Probate Court because Meriwether County does not have a population in excess of 90,000 persons.  See OCGA § 15-9-123 (a) & 15-9-120 (2).  Rather, final orders of the Meriwether County Probate Court are to be appealed to the superior court.  See OCGA § 5-3-2 (a).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere."  Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v.*

---

[1] Banks has filed two previous applications for discretionary appeal in this Court from interlocutory orders of the Meriwether County Probate Court.  See Case Number A17D0242, dismissed February 2, 2017, and Case Number A17D0294, dismissed March 9, 2017. We dismissed both applications because only final probate court orders may be appealed to superior court.  See OCGA § 5-3-2 (a); *Driver v. State*, 198 Ga. App. 643, 644 (402 SE2d 524) (1991).  The order that Banks wishes to appeal this time appears to be final.

*Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988). Accordingly, this application is hereby TRANSFERRED to the Meriwether County Superior Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/24/2017                *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*